**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)**

| | |
|---|---|
| SYED K. HASAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE,<br><br>                    Defendant. | Civil Action No.<br><br>[On removal from the Trial Court of Massachusetts, Small Claims Session, Docket No. 1306SC 1526] |

**NOTICE OF REMOVAL**

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:**

Pursuant to 28 U.S.C. §§ 1331 and 1446, defendant Capital One Bank (USA), N.A. (improperly pled as "Capital One") (hereinafter "Capital One") hereby gives notice of the removal to this Court of the civil action entitled *Syed K. Hasan v. Capital One*, Docket No. 1306-SC-1526, from the Boston Municipal Court (Small Claims Session) to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, and in accordance with 28 U.S.C. § 1446 (a), Capital One attaches as Exhibit 1 a copy of all process and pleadings served upon Defendants (i.e., Statement of Small Claim and Notice of Trial) and states as follows:

1.      Plaintiff Syed Hasan ("Plaintiff") filed this action on or about November 27, 2013. Capital One received Plaintiff's Statement of Small Claim and Notice of Trial (the "Statement of Claim") on December 23, 2013. *See* Exhibit 1. This Notice of Removal is,

therefore, being timely filed within thirty days of notice of the action as required under 28 U.S.C. § 1446(b).

2. In the Statement of Claim, Plaintiff Syed K. Hasan ("Plaintiff") alleges that Capital One is liable to him because "[n]o documentation [was] provided for validity of account." (*See* <u>Exhibit 1</u>). Based on communications received from Plaintiff prior to the filing of his Statement of Claim, Capital One believes that Plaintiff is asserting a claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, or both.

3. Capital One is entitled to remove Plaintiff's action to this Court pursuant to 28 U.S.C. § 1446 because this Court has original jurisdiction over this matter under the provisions of 28 U.S.C. § 1331 (establishing federal question jurisdiction).

4. Because this case was initially filed in the West Roxbury District Court, the Eastern Division of the United States for the District of Massachusetts is the proper Court to which removal should be effected, as required for removal under 28 U.S.C. §§ 1441(a) and 1446(a).

5. Copies of this Notice of Removal are being served on Plaintiff and filed with the Clerk of the Boston Municipal Court, Small Claims Session, in satisfaction of 28 U.S.C. § 1446(d).

WHEREFORE, Capital One respectfully requests that this action, now pending in the Trial Court of Massachusetts, Boston Municipal Court Small Claims Session, be removed to the United States District Court for the District of Massachusetts, Eastern Division.

**Capital One Bank (USA), N.A.,**

By its attorneys,

/s/ John T. Graff
John T. Graff (BBO# 664825)
*jgraff@hrwlawyers.com*
HIRSCH ROBERTS WEINSTEIN LLP
24 Federal Street, 12th Floor
Boston, MA 02111
Dated:  January 23, 2014                     Phone: (617) 348-4380

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by U.S. Mail on January 23, 2014.

/s/ John T. Graff
John T. Graff (BBO# 664825)