## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYED K. HASAN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| ) | 14-cv-10168-DPW |
| v. ) | |
| ) | |
| CAPITAL ONE, ) | |
| ) | |
|     Defendant. ) | |

### ORDER OF REMAND

WOODLOCK, District Judge

    In accordance with this Court's electronic Order of June 3, 2014, approving the parties stipulation of remand to state court (Dkt. No. 13), it is hereby ORDERED that the above captioned matter is REMANDED to the West Roxbury Division, Boston Municipal Court (Small Claims Department), Massachusetts.

                                      BY THE COURT,

                                      /s/ Jarrett Lovett
                                      Deputy Clerk

DATED: June 3, 2014